

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00415-CR

Dave **MCNEIL**[1],
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-2002-CR
Honorable Charles Ramsay, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and the matter is REMANDED to the trial court for a new trial in accordance with this court's opinion.

SIGNED August 6, 2014.

_____
Marialyn Barnard, Justice

---

[1] In documents filed by counsel for appellant Dave McNeil at trial, and as well as in the appellant's brief filed in this court, counsel represents appellant's surname as "McNeal." Additionally, the court reporter included a note in the Master Index which states: "The correct spelling of the Defendant's name is 'McNeal.'" However, trial court's judgment spells appellant's surname as "McNeil." There is no indication that these are two different people. We shall therefore use the spelling contained with the official judgment of the trial court, i.e., "McNeil.'